UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL MARTINKA,

                Plaintiff,

-against-

EARL G. GRAVES LTD,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2024

1:24-cv-3825-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle [ECF No. 15]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar, only if the parties are unable to memorialize their settlement in writing, and as long as the application to restore the action is made by **November 1, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    The Clerk of Court respectfully is requested to terminate the letter motion at docket entry 15.

**SO ORDERED.**

Date: September 16, 2024
New York, NY

MARY KAY VYSKOCIL
United States District Judge